Entered: April 25th, 2022
Signed: April 25th, 2022
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** RICHARD G. PIQUETT, JR. | * | CASE NO.: 18-24852 MMH |
| TINA N. PIQUETT | | |
| Debtors | * | CHAPTER 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO SELL PROPERTY
### KNOWN AS 1502 STONE RIDGE WAY BEL AIR, MD 21015
### <u>FREE AND CLEAR OF LIENS AND PAYMENT OF CLAIMS</u>

Upon the foregoing Motion to Sell Property Free and Clear of Liens filed by the debtors in the above matter, and it appearing that proper notice has been given, that the requirements of 11 U.S.C. 363 have been satisfied, and good cause having been shown, it is hereby, for reasons stated,

**ORDERED,** that the debtors are authorized to sell the interest of the estate in the real property known as 1502 Stone Ridge Way Bel Air, MD 21015, pursuant to the terms and conditions of the Contract of Sale dated March 23, 2022, which is attached to the debtors' Motion, under the conditions of this Order; and it is further

**ORDERED,** that counsel for the debtors shall serve a copy of this Order upon the settlement officer conducting the settlement of the sale; and it is further

**ORDERED,** that counsel for the debtors shall serve a copy of this Order upon the Chapter 13 Trustee within ninety (90) days of the settlement date; and its is further

**ORDERED,** that all debts secured by valid liens upon the property shall be paid at settlement; and it is further

**ORDERED**, that after payment of closing costs and satisfaction of all liens upon the property, the settlement officer shall remit directly to the Chapter 13 Trustee all net proceeds of the sale, along with a copy of the fully executed settlement sheet; and it is further

**ORDERED,** that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

**ORDERED,** that the debtors are authorized to take such action, execute such documents and make such payments as may be required to consummate the sale in accordance with the terms of the contract.

**ORDERED,** that the authority to sell granted by this Order shall automatically terminate if the sale of the property does not close within 90 days of the date of entry of this Order.

cc: Lawrence A. Price, Jr., Esquire, Debtor's Counsel
　Richard G. Piquett, Jr. and Tina N. Piquett, Debtors
　Chapter 13 Trustee
　Creditors

　U.S. Bank Trust National Association as Trustee for LB-Cabana Series IV Trust
　7114 E. Stetson Drive
　Suite 250
　Scottsdale, AZ 85251

U.S. Bank, N.A.
c/o Andy Cecere – President & CEO
800 Nicollett Mall
Minneapolis, MN 55402

U.S. Bank, N.A.
c/o The Corporation Trust, Incorporated
2405 York Road
Suite 201
Lutherville Timonium, MD 21002

PRPM 2021-3, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PRPM 2021-3, LLC
c/o Ghidotti Berger, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705

PRPM 2021-3, LLC
c/o Rushmore Loan Management, Services, LLC
P.O. Box 55004
Irvine, CA 92619-2708

Rushmore Loan Management Services, LLC
c/o CSC Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202

Rushmore Loan Management Services, LLC
c/o Terry Smith – President & CEO
1000 Corporate Drive, Suite 100
Fort Lauderdale, FL 33334

Stone Ridge at Fountain Green Homeowners Association, Inc.
c/o Michael Neall & Associates, P.C.
147 Old Solomons Island Road
Suite 400
Annapolis, MD 21401

Stone Ridge at Fountain Green Homeowners Association, Inc.
c/o HPS Management, Inc.
424 N. Union Avenue
Havre de Grace, MD 21078

Wells Fargo Bank, N.A.
c/o Sharon Renee Harris
Default Document Processing
1000 Blue Gentian Road
N9286-01Y
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
c/o Maun Michelle Mason
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
c/o Lawyers Incorporating Service Company
7 St. Paul Street
Suite 820
Baltimore, MD 21202

Wells Fargo Bank, N.A.
c/o Charles W. Scharf – President & CEO
420 Montgomery Street
San Francisco, CA 94102

Mid-Atlantic Settlement Services
Attn: Melissa Hoffman
4 North Park Drive
Suite 205
Hunt Valley, MD 21030

**END OF ORDER**